Eric J. Gitig (SBN 307547)
Jennifer Jambor-Delgado (SBN 218363)
Andrew J. Im (SBN 351247)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Eric.Gitig@jacksonlewis.com
Jennifer.Jambor-Delgado@jacksonlewis.com
Andrew.Im@jacksonlewis.com

Attorneys for Defendant
NORTHWOOD HOSPITALITY LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB CRABILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWOOD HOSPITALITY LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.:**<br><br>DECLARATION OF TRICIA PRICE IN SUPPORT OF DEFENDANT NORTHWOOD HOSPITALITY LLC'S NOTICE OF REMOVAL<br><br>(Filed concurrently with Notice of Removal; Declaration of Jennifer Jambor-Delgado; Civil Case Cover Sheet; Certification and Notice of Interested Parties; and Corporate Disclosure Statement)<br><br>Complaint Filed: July 1, 2026 |

/ / /

/ / /

/ / /

/ / /

/ / /

**DECLARATION OF TRICIA PRICE**

I, Tricia Price, declare as follows:

1. I am over the age of 18 and competent to testify. The following facts are based on my personal knowledge or based on my personal review of records kept in the course of regularly conducted business activities by Defendant NORTHWOOD HOSPITALITY LLC ("Northwood"), and if called as a witness, I can and will competently testify hereto. I submit this declaration in support of Northwood's Notice of Removal.

2. I am currently employed as the Senior Vice President, Human Resources for Northwood. As the Senior Vice President, Human Resources for Northwood, I am familiar with Northwood's corporate structure and its executive, administrative, financial and management functions. I also have knowledge of Northwood's employees in California and have access to records of Northwood's current and former California employees that are created, maintained, regularly updated, and kept by Northwood in the regular and ordinary course of business.

3. Based on my role as Senior Vice President, Human Resources for Northwood, I have access to the records of Plaintiff Jacob Crabill ("Plaintiff"). Based on my review of Plaintiff's records, which were created, maintained, and kept by Northwood in the regular and ordinary course of business, I have personal knowledge that Plaintiff's last known residential address on file with Northwood is in the city of West Hollywood in Los Angeles County, California.

4. Northwood is neither a State, a State official, or any other governmental entity.

5. At the time the Complaint in this action was filed on July 1, 2026 and currently, Northwood has at all times been a limited liability company organized under the laws of the State of Delaware, with its principal place of business and company headquarters located in Colorado. The State of Colorado is where the majority of Northwood's executive, administrative, financial and management functions are conducted, and from where the majority of Northwood's high-level officers direct, control,

and coordinate and control the company's operations and activities. None of Northwood's executive officers reside in the State of California.

6. Based on my role as Senior Vice President, Human Resources for Northwood, I have access to the records of individuals who are or were employed by Northwood as non-exempt employees in the state of California. In connection with this declaration, I reviewed records for individuals who are or were employed by Northwood as non-exempt employees in the State of California between July 1, 2022 and July 2, 2026, which were created, maintained, and kept by Northwood in the regular and ordinary course of business.

7. Based on my role as Senior Vice President, Human Resources for Northwood, my personal knowledge and my review of the above-referenced records, I am aware that Northwood has employed at least 245 non-exempt employees in the State of California between July 1, 2022 and July 2, 2026, during which time these employees collectively worked at least 22,981 workweeks and were paid an average hourly rate of approximately $24.98.

8. Based on my role as Senior Vice President, Human Resources for Northwood, my personal knowledge and my review of the above-referenced records, I am aware that Northwood has employed at least 134 non-exempt employees in the state of California who received biweekly wage statements between July 1, 2025 and July 2, 2026, and that these employees collectively received at least 2,833 wage statements during this period.

9. Based on my role as Senior Vice President, Human Resources for Northwood, my personal knowledge and my review of the above-referenced records, I am aware that at least 90 of Defendant's full-time non-exempt employees in the State of California have separated from their employment with Defendant between July 1, 2023 and July 2, 2026.

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the States of California and Colorado and the United States of America that the foregoing is true and correct.

Executed on August 17, 2026, at Denver, Colorado.

Tricia Price

TRICIA PRICE

4933-4001-0428, v. 1

# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CASE NAME:** ***Jacob Crabill v. Northwood Hospitality LLC, et al.***

**Case No.:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 725 South Figueroa, Suite 2800, Los Angeles, California 90017.

On August 17, 2026, I caused the foregoing document(s) described as: **DECLARATION OF TRICIA PRICE IN SUPPORT OF DEFENDANT NORTHWOOD HOSPITALITY LLC'S NOTICE OF REMOVAL,** to be served on all interested parties in this action as follows:

| | |
|---|---|
| Joseph Tojarieh, Esq.<br>STONEBROOK LAW<br>10250 Constellation Blvd., Ste. 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 553-5533<br>E-mail: jft@stonebrookelaw.com | Attorneys for Plaintiff<br>JACOB CRABILL |

**[X]** **BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E) and L.R. 5.4 (c)-(d).

**[X]** **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 17, 2026, at Los Angeles, California.

*/s/Marisol Valdez*
Marisol Valdez

4898-1976-0071, v. 1