Eric J. Gitig (SBN 307547)
Jennifer Jambor-Delgado (SBN 218363)
Andrew J. Im (SBN 351247)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5408
Tel: (213) 689-0404
Fax: (213) 689-0430
Eric.Gitig@jacksonlewis.com
Jennifer.Jambor-Delgado@jacksonlewis.com
Andrew.Im@jacksonlewis.com

Attorneys for Defendant
NORTHWOOD HOSPITALITY LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JACOB CRABILL, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

NORTHWOOD HOSPITALITY LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,

Defendants.

**CASE NO.:**

**DEFENDANT NORTHWOOD HOSPITALITY LLC'S NOTICE OF RELATED CASE**

(Filed concurrently with Notice of Removal; Declarations of Jennifer Jambor-Delgado and Tricia Price: Civil Case Cover Sheet: and Corporate Disclosure Statement)

Complaint Filed: July 1, 2026

Hall is also a wage and hour class action and involves the same parties—i.e., the plaintiffs in the Hall and Crabill matters are both members of the putative class in each action and Northwood Hospitality LLC is a defendant in both actions. Additionally, both actions arise out of the plaintiffs' employment with Northwood Hospitality and allege overlapping claims. The time periods at issue in both cases also overlap. The cases arise from the same alleged wage and hour claims.

Based on the above and in the interests of judicial economy, Defendant respectfully submits that this action qualifies for related case.

Respectfully submitted,

Dated: August 17, 2026

JACKSON LEWIS P.C.

By: */s/ Jennifer Jambor-Delgado*
Eric J. Gitig
Jennifer Jambor-Delgado
Andrew J. Im

Attorneys for Defendant
NORTHWOOD HOSPITALITY LLC

4904-9228-9735, v. 1

# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CASE NAME:** ***Jacob Crabill v. Northwood Hospitality LLC, et al.***

**Case No.:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 725 South Figueroa, Suite 2800, Los Angeles, California 90017.

On August 17, 2026, I caused the foregoing document(s) described as: **DEFENDANT NORTHWOOD HOSPITALITY LLC'S NOTICE OF RELATED CASE,** to be served on all interested parties in this action as follows:

| | |
|---|---|
| Joseph Tojarieh, Esq.<br>STONEBROOK LAW<br>10250 Constellation Blvd., Ste. 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 553-5533<br>E-mail: jft@stonebrookelaw.com | Attorneys for Plaintiff<br>JACOB CRABILL |

**[X]** **BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E) and L.R. 5.4 (c)-(d).

**[X]** **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 17, 2026, at Los Angeles, California.

*/s/Marisol Valdez*
Marisol Valdez

4904-9228-9735, v. 1