**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

# United States District Court
**Central District of California**
## Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

September 17, 2026

Los Angeles County Superior Court
111 N. Hill Street
Los Angeles, CA 90012

Re: Case Number: 2:26−cv−09162−JAK−PD
Previously Superior Court Case No. 26STCV21087
Case Name: Jacob Crabill v. Northwood Hospitality LLC

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 9/17/2026, the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: /s/ *Benjamin Moss*
Deputy Clerk
Benjamin_Moss@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

______________________
Date

By: ______________________
Deputy Clerk